Per Curiam.
 

 *772
 
 [¶1] Mark Anthony Butts appealed from an order denying his application for post-conviction relief. Butts argues the district court erred in denying his application because he received ineffective assistance from his trial counsel and from his counsel on an unsuccessful motion to withdraw his guilty plea in
 
 State v. Butts
 
 ,
 
 2016 ND 226
 
 ,
 
 888 N.W.2d 206
 
 . Because the court's findings of fact are not clearly erroneous and support its conclusion that Butts received effective assistance of counsel, we summarily affirm under N.D.R.App.P. 35.1(a)(2).
 

 [¶2] Gerald W. VandeWalle, C.J.
 

 Jon J. Jensen
 

 Lisa Fair McEvers
 

 Daniel J. Crothers
 

 Jerod E. Tufte